Ralph F. Rayburn, OSB No. 821088
Email: ralph@rayburnlawoffice.com
RAYBURN LAW OFFICE
515 NW Saltzman Rd, PMB 920
Portland, OR  97229
Telephone: (503) 968-5820
      Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GARY BURGESS,<br><br>               Plaintiff,<br><br>   v.<br><br>SAMPSON B. BRUE, JR., an individual; and NBA SERVICES CORP., a Delaware corporation;<br><br>               Defendants. | No. 3:20-cv-00177-MO<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

      Based upon the stipulation of Plaintiff GARY BURGESS and Defendants SAMPSON B. BRUE, JR. and NBA SERVICES CORP. that a general judgment of dismissal with prejudice of Plaintiff's claims against all defendants be entered without costs to any party:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE - Page 1**

IT IS HEREBY ORDERED AND DECREED that a General Judgment of Dismissal with prejudice is hereby entered without costs to any party.

DATED this 30TH day of Nov., 2021.

_____
The Honorable Michael W. Mosman
United States District Court Judge

IT IS SO STIPULATED:

*/s/ Hilary A. Boyd*
_____
Hilary A. Boyd, OSB No. 152095
*Of Attorneys for Defendants*
Email: hboyd@davisrothwell.com


***s/ Ralph F. Rayburn***
_____
Ralph F. Rayburn, OSB No. 821088
*Of Attorneys for Plaintiff*
Email: ralph@rayburnlawoffice.com